### SHOEMAKER v. MORRISON ET AL.

From the Clinton Circuit Court.

A. E. *Paige*, S. O. *Bayless* and J. N. *Sims*, for appellant.

H. Y. *Morrison*, J. R. *Brown*, J. W. *Morrison* and J. U. *Gorman*, for appellees.

BIDDLE, J.—Complaint by the appellees against the appellant, to collect an assessment for the construction of a drain. Trial, verdict and judgment for the appellees. Exceptions and appeal.

This case is the same in principle as the case of *Bate* v. *Sheets*, *ante*, p. 209, decided at the present term.

There is no averment showing, and no evidence in the case tending to prove, that the drain is conducive to public health, convenience or welfare, or of public benefit or utility, without which the appellees can not recover.

Upon the authority of the case cited, this judgment is reversed, at the appellees' costs; cause remanded, with instructions to sustain the motion for a new trial, and for further proceedings according to this opinion.

---

### LAMB v. TRIPPET ET AL.

From the Gibson Circuit Court.

J. E. *McCullough* and W. M. *Land*, for appellant.

T. R. *Paxton*, for appellees.

PERKINS, J.—This case presents the same questions for decision that were presented and decided in the case of *Jerauld* v. *Trippet*, 62 Ind. 122.

This was a suit for an injunction by Lamb, a surety for Lewis; and that was a suit for an injunction by Jerauld, a surety for Lewis, upon like facts.

For the reasons there given, this case is affirmed.

Judgment affirmed, with costs, as of the date of the submission.

---

### SHAFFREY v. THE WORKINGMEN'S SAVINGS, LOAN AND BUILDING ASSOCIATION.

From the Cass Circuit Court.

S. T. *McConnell*, for appellant.

D. C. *Justice* and D. P. *Baldwin*, for appellee.

HOWK, C. J.—The questions presented for decision by the record of this action, and the appellant's assignment of errors thereon, are substantially the same as those which were fully considered and finally decided by this court, in the case of *McLaughlin* v. *The Citizens Building, Loan and Savings Association*, 62 Ind. 264.

Upon the authority of that case, the judgment in this case is affirmed, at the appellant's costs.